**Judge Nina Gershon**
**September 27, 2017 at 10:30 am**
**CRIMINAL CAUSE FOR A PLEA & SENTENCING**
**17-cr-507 (NG)**

**DEFT NAME:** Amerisourcebergen Specialty Group, LLC

**DEFENSE:**

    **Eric Sitarchuk**  PRO HAC VICE
    Morgan Lewis & Bockius LLP
    1701 Market St. Philadelphia, PA 19103  215-963-5840  Fax: 215-963-5001
    Email: eric.sitarchuk@morganlewis.com

    **John Pease**  PRO HAC VICE
    Morgan Lewis & Bockius LLP
    1701 Market St, Philadelphia, PA 19103  215-963-5575  Fax: 215-963-5001
    Email: john.pease@morganlewis.com

    **Kelly Anne Moore,**
    Morgan Lewis & Bockius LLP
    101 Park Avenue, New York, NY 10178  212-309-6612 Fax: 212-309-6001
    Email: kelly.moore@morganlewis.com

**AUSA:**

    **Alixandra Eleis Smith**
    United States Attorney's Office
    271 Cadman Plaza East, Brooklyn, NY 11201
    718-254-6370  Fax: 718-254-6076
    Email: alixandra.smith@usdoj.gov

    **Ameet B. Kabrawala**
    United States Attorney's Office - Eastern District of New York
    271 Cadman Plaza East, Brooklyn, NY 11201
    718-254-6001   Fax: 718-254-6076
    Email: ameet.kabrawala@usdoj.gov

**Court reporter:**   Charleane Heading

**Minutes**: Case called. All parties present. Eric Sitarchuk, Esq. with authority from his client enters a guilty plea to count 1 of the information. The court accepts the guilty plea and sentences the defendant to pay a fine of $208,000,000.00, an Order of Forfeiture of $52,000,000.00, and a special assessment of $125.00. The defendant was advised of its right to an appeal.

1H 30M