UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket No. CR-17-0507 |
| AMERISOURCEBERGEN SPECIALTY GROUP, LLC, | (Gershon, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $208,000,125.00, that is, a fine in the amount of $208,000,000.00, and a special assessment in the amount of $125.00, on September 27, 2017, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on September 28, 2017; and

WHEREAS, said judgment has been fully paid as to the defendant AMERISOURCEBERGEN SPECIALTY GROUP, LLC;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant AMERISOURCEBERGEN SPECIALTY GROUP, LLC.

Dated:      Brooklyn, New York
            October 13, 2017

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:      /s/
PETER A. LASERNA
Assistant U.S. Attorney
(718) 254-6152